SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
JULIA E. JARRETT
Assistant United States Attorney
Julia.Jarrett@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **6:25-cv-01781-MO** |
| **Plaintiff,** | |
| **v.** | **COMPLAINT,** *in rem,* **FOR FORFEITURE** |
| **2021 TOYOTA TUNDRA TRUCK, VIN 5TFDY5F14MX962077, ITS TOOLS AND APPURTENANCES; and** | |
| **38097 CAMP CREEK ROAD, SPRINGFIELD, LANE COUNTY, STATE AND DISTRICT OF OREGON, WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,** *in rem,* | |
| **Defendants.** | |

Plaintiff, United States of America, for its complaint *in rem* for forfeiture, alleges:

I.

This Court has subject matter jurisdiction, *in rem* jurisdiction, and venue pursuant to

21 U.S.C. § 881; 28 U.S.C. §§ 1345, 1355, 1356, and 1395; and 19 U.S.C. § 1610.

**Complaint** *in rem* **for Forfeiture**                                                    **Page 1**

COUNT 1

II.

Defendant, *in rem*, 2021 Toyota Tundra Truck, VIN 5TFDY5F14MX962077, its tools and appurtenances, (hereinafter referred to as "Defendant Truck"), was seized in the District of Oregon, and is now and during the pendency of this action will be within the jurisdiction of this Court.

III.

Defendant, *in rem*, Defendant Truck, was used or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of marijuana, in violation of 21 U.S.C. §§ 841, 846, and 856, and is forfeitable to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(4), as more particularly set forth in the declaration of Daniel Casarez, Task Force Officer with the Drug Enforcement Administration, marked as Exhibit A, attached and fully incorporated herein by this reference.

COUNT 2

IV.

Defendant, *in rem*, 38097 Camp Creek Road, Springfield, Lane County, Oregon, with buildings, appurtenances, and improvements, further described as:

All the following described real property, free and clear of encumbrances except as specifically set forth below, situated in the County of Lane, State of Oregon:

That portion of Government Lot 4 of Section 30, Township 17 South, Range 1 West of the Willamette Meridian, and that portion of the original meandered river bed lying North of Camp Creek Road and South of Government Lot 4 of said Section 30, described as follows:

Beginning at a Point in the Northerly line of Section 30, Township 17 South, Range 1 West of the Willamette Meridian, 2809.4 feet South 89°16' East of the Northwest corner

thereof, which said point is the True Point of Beginning; thence South 295.0 feet; thence South 52°54' West 270.0 feet; thence South 05°59' West 537.0 feet; thence South 26°25' West 300.00 feet; thence Easterly to the Southeast corner of Lot 4; thence, along the East line of said Lot 4 to the Northeast corner thereof; thence North 89°16' West to the True Point of Beginning, in Lane County, Oregon.

EXCEPTING THEREFROM a parcel of land described as follows: Beginning at an iron pin 5/8 inch in diameter set on the East line of the West half of Section 30, Township 17 South, Range 1 West of the Willamette Meridian, which is 675.3 feet South of the quarter corner on the North line of said Section 30; thence West 168.7 feet to another pin 5/8 inch diameter; thence South 644.7 feet to an iron pipe 1 inch in diameter; thence East 168.7 feet to a point on the East line of the West half of said Section 30; thence North 644.7 feet to the Point of Beginning, in Lane County, Oregon.

ALSO EXCEPTING THEREFROM a parcel of land described as follows: Beginning at a Point on the East line of the West half of Section 30, Township 17 South, Range 1 West of the Willamette Meridian, which is 325.3 feet South of the quarter corner on the North line of said Section 30; thence South 350.0 feet; thence West 208.70 feet; thence North 192.11 feet; thence North 52°53'26" East 261.70 feet to the Point of Beginning, in Lane County, Oregon,

hereinafter referred to as Defendant Real Property, is now and during the pendency of this action will be within the jurisdiction of this Court.  Defendant Real Property is located in the State of Oregon, Lane County.

V.

Defendant, *in rem*, Defendant Real Property, represents property used or intended to be used to commit or to facilitate the illegal production, and distribution of marijuana in violation of 21 U.S.C. §§ 841, 846, and 856, and is forfeitable to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(7), as more particularly set forth in the declaration of Task Force Officer Daniel Casarez, Drug Enforcement Administration, marked as Exhibit A, attached and fully incorporated herein by this reference.

WHEREFORE, plaintiff, United States of America, prays that due process issue to enforce the forfeiture of defendants, *in rem*, Defendant Truck and Defendant Real Property, that due notice be given to all interested persons to appear and show cause why forfeiture of these defendants, *in rem*, should not be decreed; that due proceedings be had thereon; that these defendants be forfeited to the United States; that the plaintiff United States of America be awarded its costs and disbursements incurred in this action.

DATED: **September 30, 2025.**            Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney


s/ *Julia E. Jarrett*
**JULIA E. JARRETT**
Assistant United States Attorney

**VERIFICATION**

I, Daniel Casarez, declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. Section 1746, that I am a Task Force Officer with the Drug Enforcement Administration and that the foregoing Complaint *in rem* for Forfeiture is made on the basis of information officially furnished and upon the basis of such information the Complaint *in rem* for Forfeiture is true as I verily believe.

*s/ Daniel Casarez*
DANIEL CASAREZ
Task Force Officer
Drug Enforcement Administration