**BRIAN MICHAELS, OSB #925607**
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon   97401
Telephone: (541) 687-0578
Fax: (541) 686-2137
brian@brianmichaelslaw.com
    **Attorney For Claimant**

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>2021 TOYOTA TUNDRA TRUCK, VIN 5TFDY5F14MX962077, ITS TOOLS AND APPURTENANCES; and 38097 CAMP CREEK ROAD, SPRINGFIELD, LANE COUNTY, STATE AND DISTRICT OF OREGON, WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS, *in rem*, Defendants. | 6:25-cv-01781-MO<br><br>DECLARATION OF CLAIM SUBMITTED BY: BOUAFONG CHANTHAVONG, AKA BETH CHANTHAVONG |

Claimant **BOUAFONG CHANTHAVONG, aka Beth Chanthavong** herein submits his Claim for all Defendant property mentioned in this *in rem* forfeiture complaint.

Undersigned Declarant **BOUAFONG CHANTHAVONG, aka Beth Chanthavong** has an ownership interest in all Defendant property seized, as referenced above.

PAGE 1 - DECLARATION OF CLAIM SUBMITTED BY BOUAFONG CHANTHAVONG, AKA BETH CHANTHAVONG

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED This 24th day of October 2025,

BY:

      s/Bouafong "Beth" Chanthavong
**BOUAFONG CHANTHAVONG**
**aka Beth Chanthavong**

PAGE 2 - DECLARATION OF CLAIM SUBMITTED BY BOUAFONG CHANTHAVONG, AKA BETH CHANTHAVONG