**BRIAN MICHAELS, OSB #925607**
**259 East Fifth Avenue, Suite 300-D**
**Eugene, Oregon   97401**
**Telephone: (541) 687-0578**
**Fax: (541) 686-2137**
**brian@brianmichaelslaw.com**
         **Attorney For Claimant**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br>2021 TOYOTA TUNDRA TRUCK, VIN 5TFDY5F14MX962077, ITS TOOLS AND APPURTENANCES; and<br><br>38097 CAMP CREEK ROAD, SPRINGFIELD, LANE COUNTY, STATE AND DISTRICT OF OREGON, WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS, *in rem*,<br><br>        Defendants,<br><br>VILAPHORN "VILLY" CHANTHAVONG, BOUAFONG "BETH" CHANTHAVONG.<br><br>        Claimants. | 6:25-cv-01781-MO<br><br>ANSWER<br><br>(JURY TRIAL REQUESTED) |

Claimants herein submit this Answer to Government's Complaint:

I.

Claimants do not object to Plaintiff's paragraphs I, II, and IV.

11.

Claimants object to Plaintiff's paragraphs III and V.

111.

## CLAIMANTS' AFFIRMATIVE DEFENSES

As their First Affirmative Defense, Claimants assert all defendant properties were seized without lawful authority in violation of the Fourth Amendment.

As their Second Affirmative Defense, Claimants are innocent owners of all defendant real property located at 38097 Camp Creek Road, Springfield, Oregon, with buildings, appurtenances, and improvements.

As their Third Affirmative Defense, Claimants assert they are Innocent Owners of the 2021 Toyota Tundra truck, tools, and appurtenances.

## IV.

Wherefore, Claimants pray this Court:

i. Deny all claims proposed by Plaintiff;

ii. Award Claimants return of all defendant properties;

iii. Award Claimants costs, disbursements, and attorney fees;

iv. Award Claimants all other relief the Court finds just and proper.

DATED This 18th day of November 2025,

BY:

s/ Brian Michaels
_____
BRIAN MICHAELS OSB 925607

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November 2025, I served a true and correct copy of the

Claimants ANSWER to the following party via email:

On:
Julia Jarrett
Assistant United States Attorney

Dated this 18th day of November 2025.

By:

s/ Brian Michaels
BRIAN MICHAELS OSB 925607